# IN THE UNITED STATES DISTRICT COURT DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JAMES R. DOWNWARD, Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:10cr577<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Paul M. Warner |

This matter was referred to Magistrate Judge Paul M. Warner by District Judge Clark Waddoups pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Benjamin McMurray's motion to withdraw as counsel for James R. Downward ("Defendant").[2]

On January 27, 2011, Darin B. Goff and Bret W. Rawson each filed an appearance for Defendant.[3] Civil rule 83-1.4(c)[4] of the United States District Court for the District of Utah Rules of Practice provides that

---

[1] *See* docket no. 33.

[2] *See* docket no. 49.

[3] *See* docket nos. 44 and 45.

[4] Pursuant to criminal rule 57-12 of the United States District Court for the District of Utah Rules of Practice, "[a]ll procedural matters relating to attorney admissions, registration, and appearance and withdrawal, discipline and removal, and student practice in criminal matters are governed by the applicable civil rules." DUCrimR 57-12.

> [w]henever an attorney of record in a pending case will be replaced by another attorney who is an active member of this court, a notice of substitution of counsel must be filed . . . . [and] (i) signed by both attorneys; (ii) include the attorneys' bar numbers; (iii) identify the parties represented; (iv) be served on all parties; and, (v) verify that the attorney entering the case is aware of and will comply with all pending deadlines in the matter.

DUCivR 83-1.4(c). Thus, the court will treat the instant motion together with the notices of appearance as a notice of substitution of counsel under rule 83-1.4(c). Accordingly, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and Darin B. Goff and Bret W. Rawson are substituted as counsel of record for Defendant in place of Benjamin McMurray.

**IT IS SO ORDERED.**

DATED this 31st day of January, 2011.

BY THE COURT:

PAUL M. WARNER
United States Magistrate Judge